# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

CHRIS GATES                                                                    PETITIONER

v.                                                                    No. 3:19CV58-MPM-RP

MDOC RECORDS DEPT.                                                            RESPONDENT

## ORDER GRANTING STATE'S MOTION [6]
## TO CONSOLIDATE CASES

This matter comes before the court on the motion [6] by the State to consolidate the instant

case with *Gates v. Johnson*, 1:19CV35-SA-JMV.   As the two cases involve the same petitioner and

same issues, the motion is well taken and is **GRANTED**.   The Clerk of the Court is **DIRECTED** to

consolidate the instant case with *Gates v. Johnson*, 1:19CV35-SA-JMV.   **The State's deadline to**

**respond to the consolidated petitions is June 17, 2019.**

**SO ORDERED**, this, the 3rd day of May, 2019.

/s/ MICHAEL P. MILLS
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**