IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CHRIS GATES**                                                                                          **PETITIONER**

**v.**         **No. 1:19CV35-SA-JMV**

**ANDERSON JOHNSON, ET AL.**       **RESPONDENTS**

**AND**

**CHRIS GATES**       **PETITIONER**

**v.**       **No. 3:19CV58-SA-JMV**

**MDOC RECORDS DEPT.**       **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the motion by the State to dismiss the instant petition for a writ of *habeas corpus* is **GRANTED**, and the instant petition is **DISMISSED** for want of substantive merit and for failure to state a claim upon which *habeas corpus* relief could be granted.

**SO ORDERED**, this, the 17th day of March, 2020.

/s/ Sharion Aycock
U. S. DISTRICT JUDGE